# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: amcc7 | Date Created: 10/6/2009 |
| Case: 09−37011 | Form ID: b9e | Total: 33 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Cecelia N Johnson | 6448 S. Eberhart | Chicago, IL 60637 |
| aty | Forrest L Ingram | Forrest L. Ingram, P.C.   79 W Monroe Street   Suite 900 | Chicago, IL 60603 |
| 14536206 | ACC Capital | c/o Kennet Donke   7220 W. 194th St., Suite 105 | Tinley Park, IL 60487 |
| 14536207 | America United Bank | 321 W. Golf Road | Schaumburg, IL 60196 |
| 14536208 | American Express | c/o Becket and Lee   Po Box 3001 | Malvern, PA 19355 |
| 14536209 | Bank Of America | Attn: Bankruptcy NC4−105−02−99   Po Box 26012 | Greensboro, NC 27410 |
| 14536210 | Bank of America | BAC Home Loans Servicing   PO BOX 650070 | Dallas, TX 75265 |
| 14536211 | Bank of America | P.O. Box 17054 | Wilmington, DE 19884 |
| 14536212 | Bank of America Business Card | PO Box 15710 | Wilmington, DE 19886−5710 |
| 14536216 | CIT Technology Fin. Serv, Inc. | PO Box 550599 | Jacksonville, FL 32255 |
| 14536213 | Charter One | PO Box 18204 | Bridgeport, CT 06601−3204 |
| 14536214 | Charter One Bank | 1215 Superior Avenue | Cleveland, OH 44114 |
| 14536215 | Chase | Po Box 15298 | Wilmington, DE 19850 |
| 14536217 | Citi | Pob 6241 | Sioux Falls, SD 57117 |
| 14536218 | Discover Fin Svcs Llc | Po Box 15316 | Wilmington, DE 19850 |
| 14536219 | Ervin Leasing | 3893 Research Park Drive | Ann Arbor, MI 48108 |
| 14536220 | Fifth Third Bank | P.O. Box 740778 | Cincinnati, OH 45274−0778 |
| 14536221 | Fifth Third Bank | c/o Diver, Grach, Quade &Masini   111 N. County St. | Waukegan, IL 60085 |
| 14536222 | Flagstar Bank | Attn: Bankruptcy Dept MS−S144−3   5151 Corporate Dr. | Troy, MI 48098 |
| 14536223 | Great America Leasing | 625 First Street S.E. Suite 800 | Cedar Rapids, IA 52401 |
| 14536224 | Harris Bank | Bankruptcy Department   150 West Wilson | Palatine, IL 60067 |
| 14536225 | Innovative Bank | SOHO Loans   360 14th Street | Oakland, CA 94612 |
| 14536226 | JP Morgan Chase Bank | 25 East Washington St.   Suite 1000 | Chicago, IL 60602 |
| 14536227 | Leaf Financial | PO Box 644006 | Cincinnati, OH 45264 |
| 14536228 | Marlin Leasing | 300 Fellowship Road | Mount Laurel, NJ 08054 |
| 14536229 | My Ranch, Inc | 4650 N. Sheridan Rd. | Chicago, IL 60640 |
| 14536230 | National City | P.O. Box 3038 | Kalamazoo, MI 49003−3038 |
| 14536232 | National City Commercial Capital Co | c/o Borst &Collins   180 N,. Stetson Ave., Ste 3050 | Chicago, IL 60601 |
| 14536231 | National City Commercial Capital Co | c/o Borst &Collins   180 N. Stetson Ave., Suite 3050 | Chicago, IL 60601 |
| 14536233 | Peoples Gas | C/O Bankruptcy Department   130 E. Randolph Drive | Chicago, IL 60602 |
| 14536234 | Swift Financial | PO BOX 3023 | Milwaukee, WI 53201−3023 |
| 14536235 | Tree of Life | c/o Transworld Systems Inc.   PO Box 15630, Dept 23 | Wilmington, DE 19850 |
| 14536236 | U.S. Foodservice, Inc. | c/o Kohner Mann &Kailas, S.C   4650 N. Port Washington Rd. | Milwaukee, WI 53212 |

TOTAL: 33