## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cecelia N. Johnson | ) | Judge Susan Pierson Sonderby |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-37011 |
| | ) | |
| | ) | Hearing: November 2, 2009 10:00 AM |

## ORDER

This matter came to be heard on **Debtor's Motion to Extend Time to File Original Schedules.** Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

The Debtors are granted until November 2, 2009 to file its **Amended Schedules**.

Dated:                                                    BY THE COURT

                                                                    _____
                                                                    The Honorable Susan Pierson Sonderby
                                                                    U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.