# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Name of Presiding Judge, Honorable Jack B. Schmetterer

Cause No. 09 B 37011                              Date October 29, 2009

**Title of Cause**      In re: Cecelia N. Johnson

**Brief Statement of Motion**      Order of Court

**Names and Addresses of moving counsel**

**Representing**

**Names and Addresses of other counsel entitled to notice and names of parties they represent**

Forrest L. Ingram                           Office of the U.S. Trustee
79 W. Monroe St., #900                      219 South Dearborn, #873
Chicago, IL 60603                           Chicago IL 60604
Counsel for Debtor
                        And see Service List

## ORDER

On Motion of Court, sua sponte, case set **November 5, 2009, at 10:30 A.M.** for hearing on setting bar date for filing of non-administrative claims and bar date for objections to said claims.

ENTER:

_____
United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.