UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
CECELIA N. JOHNSON ) No. 09 B 37011
)
Debtor. )

## ORDER

### ON MOTION OF COURT:

### Date to File Plan and Disclosure Statement

**A.** Debtor is ordered to file Plan and Disclosure Statement by January 14, 2010, unless excused by further order of Court on notice of motion and for good cause shown. Nothing in this Order will extend the Debtor's exclusive time within which to file Plan and Disclosure Statement. Counsel preparing such documents should submit preliminary drafts to the United States Trustee and creditor's counsel on the notice list for comment before filing so as to invite and consider questions that may be raised.

**B.** THE COURT HEREBY SETS THIS CASE FOR A REPORT ON THE STATUS OF THE PLAN AND DISCLOSURE STATEMENTS ON **JANUARY 19, 2010, AT 10:30 A.M.** WITHOUT FURTHER NOTICE.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated and entered this ____ day of October 2009.