# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____ Case No. _____ Chapter _____

All Cases: Moving Creditor _____ Date Case Filed _____

Nature of Relief Sought: ☐ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
  ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.   Collateral
     a.   ☐ Home
     b.   ☐ Car   Year, Make, and Model _____
     c.   ☐ Other (describe)_____

2.   Balance Owed as of Petition Date   $ _____
     Total of all other Liens against Collateral $_____

3.   In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.   Estimated Value of Collateral (must be supplied in *all* cases)   $ _____

5.   Default
     a.   ☐ Pre-Petition Default
          Number of months _____        Amount $ _____

     b.   ☐ Post-Petition Default
          i.    ☐ On direct payments to the moving creditor
                Number of months _____        Amount $ _____

          ii.   ☐ On payments to the Standing Chapter 13 Trustee
                Number of months _____        Amount $ _____

6.   Other Allegations
     a.   ☐ Lack of Adequate Protection  § 362(d)(1)
          i.    ☐ No insurance
          ii.   ☐ Taxes unpaid        Amount $ _____
          iii.  ☐ Rapidly depreciating asset
          iv.   ☐ Other (describe) _____

     b.   ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

     c.   ☐ Other "Cause" § 362(d)(1)
          i.    ☐ Bad Faith (describe)_____
          ii.   ☐ Multiple Filings
          iii.  ☐ Other (describe) _____

     d.   Debtor's Statement of Intention regarding the Collateral
          i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____    _____
                                          Counsel for Movant

(Rev. 8 /18/09)