IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-37011 |
| CECELIA N. JOHNSON, ) | Judge Jack B. Schmetterer |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

O R D E R

THIS MATTER COMING TO BE HEARD on the Motion of Fifth Third Bank ("Fifth Third"), to modify the automatic stay; due notice having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter and the parties hereto; and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the automatic stay imposed by 11 U.S.C. §362(a) be and it is hereby modified to allow Fifth Third Bank to pursue its rights and remedies as against the following described property, to wit: the real estate commonly known as 4650-4652 N. Sheridan Road, Chicago, IL 60640, P.I.N.. 14-17-211-015-0000.

The ten (10) day stay provision of Bankruptcy Rule 4001(a)(3) is inapplicable and this order is effective immediately.

ENTER:

_____
JUDGE

DATE_____

David L. Hazan - #1163760
Diver, Grach, Quade & Masini, LLP
Attorneys for Fifth Third Bank
111 N. County Street
Waukegan, IL 60085
(847) 662-8611