# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| Cecelia N. Johnson | ) Judge Schmetterer |
| Debtor. | ) Case No. 09-37011 |
| | ) Hearing: November 5, 2009 at 10:00 AM |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the application of the Debtor and Debtor in Possession, CECELIA N. JOHNSON, for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as her attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession is authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman, and FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties.

This order is effective retroactively to October 5, 2009.

Dated: 11/5/09

BY THE COURT

The Honorable Judge Jack Schmetterer
U.S. Bankruptcy Judge

NOV 05 2009

This document was prepared by
Forrest L. Ingram, P.C.