IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cecelia N. Johnson | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-37011 |
| | ) | |

### CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the attached **Order and Notice Setting Bar Date**, signed by this Court on November 5, 2009, released via CM/ECF on November 5, 2009, to be served upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 West Monroe Street, Chicago, Illinois on or before 5:00 p.m. on the 7th day of November, 2009.

_/s/ Michael V Ohlman_
Michael V. Ohlman

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
FORREST L. INGRAM, P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312)759-2838

## SERVICE LIST

ACC Capital
c/o Kennet Donke
7220 W. 194th St., Suite 105
Tinley Park, IL 60487

America United Bank
321 W. Golf Road
Schaumburg, IL 60196

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Bank Of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410

Bank of America
BAC Home Loans Servicing
PO BOX 650070
Dallas, TX 75265

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710

CIT Technology Fin. Serv, Inc.
PO Box 550599
Jacksonville, FL 32255

Charter One
PO Box 18204
Bridgeport, CT 06601-3204

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114

Chase
Po Box 15298
Wilmington, DE 19850

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citi
Pob 6241
Sioux Falls, SD 57117

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Ervin Leasing
3893 Research Park Drive
Ann Arbor, MI 48108

Fifth Third Bank
P.O. Box 740778
Cincinnati, OH 45274-0778

Fifth Third Bank
c/o Diver, Grach, Quade & Masini
111 N. County St.
Waukegan, IL 60085

First Equity Card
C/O Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Flagstar Bank
Attn: Bankruptcy Dept MS-S144-3
5151 Corporate Dr.
Troy, MI 48098

Great America Leasing
625 First Street S.E. Suite 800
Cedar Rapids, IA 52401

GreatAmerica Leasing Corp
POB 609
Cedar Rapids, IA 52406

Harris Bank
Bankruptcy Department
150 West Wilson
Palatine, IL 60067

Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612

JP Morgan Chase Bank
25 East Washington St.
Suite 1000
Chicago, IL 60602

Leaf Financial
PO Box 644006
Cincinnati, OH 45264

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054

My Ranch, Inc
4650 N. Sheridan Rd.
Chicago, IL 60640

National City
P.O. Box 3038
Kalamazoo, MI 49003-3038

National City Commercial Capital Co
c/o Borst & Collins
180 N,. Stetson Ave., Ste 3050
Chicago, IL 60601

National City Commercial Capital Co
c/o Borst & Collins
180 N. Stetson Ave., Suite 3050
Chicago, IL 60601

Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Drive
Chicago, IL 60602

Swift Financial
PO BOX 3023
Milwaukee, WI 53201-3023

The Huntington National Bank
105 E. 4th Street
Cincinnati, OH 45202

Tree of Life
c/o Transworld Systems Inc.
PO Box 15630, Dept 23
Wilmington, DE 19850

U.S. Foodservice, Inc.
c/o Kohner Mann & Kailas, S.C
4650 N. Port Washington Rd.
Milwaukee, WI 53212

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Cecelia N. Johnson
6448 S. Eberhart
Chicago, IL 60637-3325

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:  CECELIA N. JOHNSON                    )
                                              )   Case No.
                                              )   09 B 37011

### ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

*Debtor's counsel is directed, by* The Honorable Jack B. Schmetterer, *to serve on all creditors a copy of this Order and to file proof of service with the Clerk.*

This bankruptcy case was filed on _____ October 5, 2009 _____.

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE**

(a)   Claims of any governmental unit that arose prior to the case filing date are to be filed not later than 180 days after the order for relief, and

(b)   All other claims that arose prior to the case filing date are to be filed by _____ January 1, 2010 _____.

All claims must be filed at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Room 710
Chicago, IL 60604

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution.** However, under the law some parties need not file claims. See 11 U.S.C § 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

**FOR PARTIES WHO WISH TO OBJECT TO CLAIMS**

All objections to claims must be filed and notice thereof served (a) on governmental creditors within 210 days after the date the petition was filed; and (b) on non-governmental claimants by _____ January 29, 2101 _____. **If objections to claims are filed, claimants may appear for hearing on objections but are not required to do so unless the court so orders.**

ENTER:

ENTERED
NOV 0 5 2009
JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

_____
Judge

Dated: _____

Revised May 26, 2000          Form Order No. 16