B6D (Official Form 6D) (12/07)

In re **Cecelia N Johnson**, Case No. **09-37011**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2391** <br><br>**Bank of America** <br>**BAC Home Loans Servicing** <br>**PO BOX 650070** <br>**Dallas, TX 75265** | | - | **Home Equity; Formerly held by Countrywide** <br><br>**6448 S. Eberhart Ave.** <br>**Chicago, IL 60637** <br><br>Value $ **240,000.00** | | | | **234,706.21** | **0.00** |
| Account No. <br><br>**Fifth Third Bank** <br>**c/o Diver, Grach, Quade & Masini** <br>**111 N. County St.** <br>**Waukegan, IL 60085** | | - | **4650 N. Sheridan Rd.** <br>**Chicago, IL 60640** <br><br>Value $ **2,000,000.00** | | | | **1,272,070.16** | **0.00** |
| Account No. **xxxxxx642-7** <br><br>**Flagstar Bank** <br>**Attn: Bankruptcy Dept MS-S144-3** <br>**5151 Corporate Dr.** <br>**Troy, MI 48098** | | - | **4676 W. Peterson Ave.** <br>**Chicago, IL 60646** <br><br>Value $ **399,000.00** | | | | **355,684.75** | **0.00** |
| Account No. | | | Value $ | | | | | |
| **_0_** continuation sheets attached | | | Subtotal (Total of this page) | | | | **1,862,461.12** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **1,862,461.12** | **0.00** |

B6E (Official Form 6E) (12/07)

.

In re   **Cecelia N Johnson**,      Case No.   **09-37011**
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

           **1**     continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-x5994** <br><br> **City of Chicago Dept. of Water** <br> **PO Box 6330** <br> **Chicago, IL 60680** | - | | | | | | 3,003.02 | 0.00 | 3,003.02 |
| Account No. **xx-xx-xxx-xxx-0000** <br><br> **Cook County Treasurer** <br> **P.O. Box 4468** <br> **Carol Stream, IL 60197-4468** | - | | | | | | 15,507.76 | 0.00 | 15,507.76 |
| Account No. <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section Level 7-425** <br> **100 W. Randolph St.** <br> **Chicago, IL 60606** | - | | | | | | 2,000.00 | 0.00 | 2,000.00 |
| Account No. **xxx-xx-7244** <br><br> **Internal Revenue Service** <br> **230 S. Dearborn Street** <br> **Suite 3030** <br> **Chicago, IL 60604** | - | | | | | | 24,000.00 | 0.00 | 24,000.00 |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 44,510.78 | 0.00 | 44,510.78

Total (Report on Summary of Schedules) 44,510.78 | 0.00 | 44,510.78

B6F (Official Form 6F) (12/07)

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6127**<br><br>**AEL Financial**<br>**600 N. Buffalo Grove Rd.**<br>**Buffalo Grove, IL 60089** | X | - | Personal Guraentee | X | X | | 1,226.50 |
| Account No. **xxxxx xxx6239**<br><br>**Allied Waste Service**<br>**2608 S. Damen**<br>**Chicago, IL 60608** | X | - | Personal Guarentee | X | X | | Unknown |
| Account No. **Unknown**<br><br>**America United Bank**<br>**321 W. Golf Road**<br>**Schaumburg, IL 60196** | X | - | Personal guarantee of equipment lease arrears | X | X | | 3,500.00 |
| Account No. **1728**<br><br>**American Credit System**<br>**400 W. Lake Street**<br>**PO BOX 72849**<br>**Roselle, IL 60172** | X | - | Personal Guarentee | X | X | | 1,966.10 |

__11__ continuation sheets attached

Subtotal (Total of this page)  **6,692.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     S/N:29834-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx7153<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | X | - | **Opened 7/04/07 Last Active 4/06/09**<br>**Line of Credit** | X | X | | 18,792.00 |
| Account No. xxxxxxxxxxxx0573<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | X | - | **Opened 6/21/07 Last Active 4/06/09**<br>**CreditCard** | X | X | | 11,181.00 |
| Account No. xxxxxxxxxxxx0143<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | X | - | **Opened 4/18/07 Last Active 4/06/09**<br>**CreditCard** | X | X | | 10,626.00 |
| Account No. xxxx xxxx xxxx 7075<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | X | - | **Opened 8/01/07 Last Active 5/29/09**<br>**ChargeAccount** | X | X | | 11,777.00 |
| Account No. xxxx-xxxx-xxxx-6820<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | X | - | **Opened 7/01/07 Last Active 6/05/09**<br>**ChargeAccount** | X | X | | 6,577.00 |

Sheet no. **1** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **58,953.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx7599** <br><br>**Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | X | - | Personal guarantee of a business line of credit | X | X | | 61,000.00 |
| Account No. **xxxx-xxxx-xxxx-6820** <br><br>**Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | Personal guarantee of a line of credit | X | X | | 5,500.00 |
| Account No. **xxxxxxxx-xx1180** <br><br>**Bank of the West**<br>**c/o Kennet Donke**<br>**7200 W. 194th St., Suite 105**<br>**Tinley Park, IL 60487** | X | - | Personal Guarentee | X | X | | 21,317.08 |
| Account No. **xxxx-xxxx-xxxx-5937** <br><br>**Charter One**<br>**PO Box 18204**<br>**Bridgeport, CT 06601-3204** | X | - | Personal guarantee of revolving credit (Mastercard) | X | X | | 20,000.00 |
| Account No. **xxxxxxxxxxx-xxx0001** <br><br>**Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | X | - | Personal guarantee of a business line of credit | X | X | | 44,726.49 |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **152,543.57**

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2634<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | X | - | **Opened 12/01/07 Last Active 6/04/09**<br>**CreditCard** | X | X | | 17,367.00 |
| Account No. xxxxxxxx5069<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | X | - | **Opened 12/01/07 Last Active 6/11/09**<br>**CreditCard** | X | X | | 7,729.00 |
| Account No. xxxxxxxx1404<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | X | - | **Opened 1/01/07 Last Active 6/12/09**<br>**CreditCard** | | | | 3,767.00 |
| Account No. xxx-xxxxxx7-000<br><br>**CIT Technology Fin. Serv, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | 4,372.48 |
| Account No. xxxxxxxx1211<br><br>**Citi**<br>**Pob 6241**<br>**Sioux Falls, SD 57117** | | - | **Opened 2/01/00 Last Active 9/12/09**<br>**CreditCard** | | | | 595.11 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,830.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2204**  <br>**Citibank**  <br>**PO Box 6077**  <br>**Sioux Falls, SD 57117** | X | - | **Line of Credit** | X | X | | **15,262.75** |
| Account No. **xxx4268**  <br>**Citizens Leasing**  <br>**328 S. Saginaw Street**  <br>**Flint, MI 48502** | X | - | **Personal Guarentee** | X | X | | **7,988.05** |
| Account No. **Ranch**  <br>**Dietz & Kolodenko**  <br>**2404 S. Wolcott**  <br>**Units 24 & 25**  <br>**Chicago, IL 60608** | X | - | **Personal Guraentee** | X | X | | **Unknown** |
| Account No. **xxxxxxxx9235**  <br>**Discover Fin Svcs Llc**  <br>**Po Box 15316**  <br>**Wilmington, DE 19850** | | - | **Opened 6/01/99 Last Active 9/13/09**  <br>**CreditCard** | | | | **483.75** |
| Account No. **xxxx44-02**  <br>**Ervin Leasing**  <br>**3893 Research Park Drive**  <br>**Ann Arbor, MI 48108** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | **5,818.32** |

Sheet no. **4** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,552.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx44-01** <br><br> **Ervin Leasing** <br> **3893 Research Park Drive** <br> **Ann Arbor, MI 48108** | X | - | **Personal Guarentee** | X | X | | 563.11 |
| Account No. **FRH001** <br><br> **Evergreen Produce** <br> **2404 S. Wolcott Ave.** <br> **Units 8 & 9** <br> **Chicago, IL 60608** | X | - | **Personal Guarentee** | X | X | | 1,613.50 |
| Account No. **Unknown** <br><br> **Everyday Fresh** <br> **PO Box 656** <br> **Lemont, IL 60459** | X | - | **Personal Guarentee** | X | X | | **Unknown** |
| Account No. **xx0195** <br><br> **Fidelity National Capital** <br> **601 Riverside Avenue** <br> **Jacksonville, FL 32204** | X | - | **Pesonal Guarentee** | X | X | | **Unknown** |
| Account No. <br><br> **Fifth Third Bank** <br> **P.O. Box 740778** <br> **Cincinnati, OH 45274-0778** | X | - | **Personal guarantee of revolving business credit card** | X | X | | 20,624.98 |

Sheet no. **5** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **22,801.59**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1164**<br><br>**Global Communication**<br>**PO Box 715248**<br>**Columbus, OH 43271** | X | - | **Personal Guarentee** | X | X | | 5,677.69 |
| Account No. **xxx-xxxxxx9-000**<br><br>**Great America Leasing**<br>**625 First Street S.E. Suite 800**<br>**Cedar Rapids, IA 52401** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | 2,500.00 |
| Account No. **xxxxxx3227**<br><br>**Harris Bank**<br>**Bankruptcy Department**<br>**150 West Wilson**<br>**Palatine, IL 60067** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | 18,630.00 |
| Account No. **xxx-xxxxxx7-001**<br><br>**Huntington**<br>**105 East Forth Street**<br>**Suite 200**<br>**Cincinnati, OH 45202** | X | - | **Personal Guarentee** | X | X | | 8,500.00 |
| Account No. **xxx-xxxxxxx7-002**<br><br>**Huntington**<br>**105 East Forth Street**<br>**Suite 200**<br>**Cincinnati, OH 45202** | X | - | **Personal Guarentee** | X | X | | **Unknown** |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **35,307.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4354** <br><br> **Innovative Bank** <br> **SOHO Loans** <br> **360 14th Street** <br> **Oakland, CA 94612** | X | - | **Personal guarantee of SBA guaranteed loan (line of credit)** | X | X | | **19,613.46** |
| Account No. **xxIC4860** <br><br> **Irwin Naturals** <br> **5310 Beethoven St.** <br> **Los Angeles, CA 90066** | X | - | **Personal Guarentee** | X | X | | **Unknown** |
| Account No. **MNR** <br><br> **Jack Tuchten Produce** <br> **2404 S. Wolcott Ave** <br> **Unit 31** | X | - | **Personal Guarentee** | X | X | | **1,630.18** |
| Account No. **Unknown** <br><br> **JP Morgan Chase Bank** <br> **25 East Washington St.** <br> **Suite 1000** <br> **Chicago, IL 60602** | X | - | **Personal guarantee of a line of credit** | X | X | | **48,000.00** |
| Account No. **xxx9921** <br><br> **Key Equipment Finance** <br> **600 Travis, Suite 1300** <br> **Houston, TX 77002** | X | - | **Personal Guarentee** | X | X | | **4,000.00** |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **73,243.64**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx4-001** <br><br> **Leaf Financial** <br> **PO Box 644006** <br> **Cincinnati, OH 45264** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | 2,500.00 |
| Account No. **xxx-xxxxxx3-001** <br><br> **Marlin Leasing** <br> **300 Fellowship Road** <br> **Mount Laurel, NJ 08054** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | 5,572.16 |
| Account No. **Unknown** <br><br> **Martin Weisenburger** <br> **8630 Wheeler Dr** <br> **Orland Park, IL 60462** | X | - | **Personal Guarentee** | X | X | | **Unknown** |
| Account No. **6610** <br><br> **Michael J. Navillo & Sons** <br> **2404 S. Wolcott Ave.** <br> **Unit 26-27** <br> **Chicago, IL 60608** | X | - | **Personal Guarentee** | X | X | | 4,753.00 |
| Account No. **Unknown** <br><br> **National City** <br> **P.O. Box 3038** <br> **Kalamazoo, MI 49003-3038** | X | - | **Personal guarantee of revolving credit** | X | X | | 13,611.07 |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,436.23**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Debtor

Case No. **09-37011**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br> **National City** <br> **P.O. Box 3038** <br> **Kalamazoo, MI 49003-3038** | X | - | **Personal guarantee of a line of credit** | X | X | | **50,631.89** |
| Account No. **xxxxx4000** <br><br> **National City Commercial Capital Co** <br> **c/o Borst & Collins** <br> **180 N. Stetson Ave., Suite 3050** <br> **Chicago, IL 60601** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | **20,000.00** |
| Account No. **xxxxx4001** <br><br> **National City Commercial Capital Co** <br> **c/o Borst & Collins** <br> **180 N,. Stetson Ave., Ste 3050** <br> **Chicago, IL 60601** | X | - | **Personal guarantee of equipment lease arrears** | X | X | | **10,000.00** |
| Account No. **xxxx0000** <br><br> **Nealey Foods** <br> **900 W. Fulton St.** <br> **Chicago, IL 60607** | X | - | **Personal Guarentee** | X | X | | **15,000.00** |
| Account No. <br><br> **Peoples Energy** <br> **401 S. State St.** <br> **Chicago, IL 60605** | | - | **Gas Bill for 4650 N. Sheridan** | | | | **1,100.00** |

Sheet no. **9** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **96,731.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9381** <br><br> **Quicklease** <br> **655 Business Center Dr.** <br> **Suite 250** <br> **Horsham, PA 19044** | X | - | **Personal Guarentee** | X | X | | 0.00 |
| Account No. <br><br> **RainCoat Roof Maintenance** <br> **2100 Larkes Drive** <br> **Broadview, IL 60155** | | - | **Roof Repairs** | | | | 3,136.00 |
| Account No. **xxx2650** <br><br> **Supervalu Foods** <br> **11840 Valley View Road** <br> **Eden Prairie, MN 55344** | X | - | **Personal Guarentee** | X | X | | 80,000.00 |
| Account No. **xxxxxxxxx-0001** <br><br> **Swift Financial** <br> **PO BOX 3023** <br> **Milwaukee, WI 53201-3023** | X | - | **Personal Guarantee of a credit card** | X | X | | 19,493.00 |
| Account No. **xxx6327** <br><br> **TCF Equipment Finance** <br> **11100 Wayzata Blvd. # 801** <br> **Hopkins, MN 55305** | X | - | **Personal Guarentee** | X | X | | 6,152.80 |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 108,781.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. JD7501<br><br>Tree of Life<br>507 Prudential Rd.<br>Horsham, PA 19044 | X | - | **Personal Guarentee** | X | X | | 5,312.00 |
| Account No.<br><br>U.S. Foodservice, Inc.<br>c/o Kohner Mann & Kailas, S.C<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | X | - | **Personal guarantee for the purchase of product** | X | X | | 4,545.34 |
| Account No. xxxxx5701<br><br>Washington Mutual<br>9900 South Second Street<br>Coos Bay, OR 97420 | X | - | **Personal Guarentee on a Line of Credit** | X | X | | 48,000.00 |
| Account No. xxxx7206<br><br>YPV Distribution<br>160 Scott St.<br>Elk Grove Village, IL 60007 | X | - | **Personal Guarentee** | X | X | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. **11** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **57,857.34**

Total (Report on Summary of Schedules) **702,732.81**