11/09/09 6:05PM

B6G (Official Form 6G) (12/07)

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Garvin Vasquez**<br>4650 N. Sheridan, Apt 301<br>Chicago, IL 60640 | **Residential Month to Month Tenant** |
| **Jose Snachez**<br>4650 N. Sheridan, Apt 303<br>Chicago, IL 60640 | **Residential Month to Month Tenant** |
| **My Ranch**<br>4650 N. Sheridan<br>Chicago, IL 60640 | **Non-Residential Term Tenant for Years** |
| **Rogelio Macias**<br>4650 N. Sheridan, Pat 302<br>Chicago, IL 60604 | **Residential Month to Month Tenant** |
| **Vashiti Taylor**<br>4676 W. Peterson Ave<br>Chicago, IL 60646 | **Residential Term Tenant for Years** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640<br>09-35697 | **Bank of the West**<br>c/o Kennet Donke<br>7200 W. 194th St., Suite 105<br>Tinley Park, IL 60487 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **America United Bank**<br>321 W. Golf Road<br>Schaumburg, IL 60196 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Bank of America**<br>P.O. Box 17054<br>Wilmington, DE 19884 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Bank of America Business Card**<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Charter One**<br>PO Box 18204<br>Bridgeport, CT 06601-3204 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Charter One Bank**<br>1215 Superior Avenue<br>Cleveland, OH 44114 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **CIT Technology Fin. Serv, Inc.**<br>PO Box 550599<br>Jacksonville, FL 32255 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Ervin Leasing**<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Fifth Third Bank**<br>P.O. Box 740778<br>Cincinnati, OH 45274-0778 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Great America Leasing**<br>625 First Street S.E. Suite 800<br>Cedar Rapids, IA 52401 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Harris Bank**<br>Bankruptcy Department<br>150 West Wilson<br>Palatine, IL 60067 |

**4** continuation sheets attached to Schedule of Codebtors

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Innovative Bank**<br>SOHO Loans<br>360 14th Street<br>Oakland, CA 94612 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Leaf Financial**<br>PO Box 644006<br>Cincinnati, OH 45264 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Marlin Leasing**<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **National City**<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **National City**<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **National City Commercial Capital Co**<br>c/o Borst & Collins<br>180 N. Stetson Ave., Suite 3050<br>Chicago, IL 60601 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **National City Commercial Capital Co**<br>c/o Borst & Collins<br>180 N,. Stetson Ave., Ste 3050<br>Chicago, IL 60601 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **U.S. Foodservice, Inc.**<br>c/o Kohner Mann & Kailas, S.C<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Huntington**<br>105 East Forth Street<br>Suite 200<br>Cincinnati, OH 45202 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Huntington**<br>105 East Forth Street<br>Suite 200<br>Cincinnati, OH 45202 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Key Equipment Finance**<br>600 Travis, Suite 1300<br>Houston, TX 77002 |
| **My Ranch, Inc**<br>4650 N. Sheridan Rd.<br>Chicago, IL 60640 | **Ervin Leasing**<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 |

Sheet **1** of **4** continuation sheets attached to the Schedule of Codebtors

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **TCF Equipment Finance**<br>**11100 Wayzata Blvd. # 801**<br>**Hopkins, MN 55305** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **AEL Financial**<br>**600 N. Buffalo Grove Rd.**<br>**Buffalo Grove, IL 60089** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Quicklease**<br>**655 Business Center Dr.**<br>**Suite 250**<br>**Horsham, PA 19044** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Citizens Leasing**<br>**328 S. Saginaw Street**<br>**Flint, MI 48502** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Fidelity National Capital**<br>**601 Riverside Avenue**<br>**Jacksonville, FL 32204** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Jack Tuchten Produce**<br>**2404 S. Wolcott Ave**<br>**Unit 31** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Allied Waste Service**<br>**2608 S. Damen**<br>**Chicago, IL 60608** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **American Credit System**<br>**400 W. Lake Street**<br>**PO BOX 72849**<br>**Roselle, IL 60172** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27410** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re **Cecelia N Johnson**, Case No. **09-37011**
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**Po Box 26012**<br>**Greensboro, NC 27410** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Citibank**<br>**PO Box 6077**<br>**Sioux Falls, SD 57117** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Dietz & Kolodenko**<br>**2404 S. Wolcott**<br>**Units 24 & 25**<br>**Chicago, IL 60608** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Evergreen Produce**<br>**2404 S. Wolcott Ave.**<br>**Units 8 & 9**<br>**Chicago, IL 60608** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Everyday Fresh**<br>**PO Box 656**<br>**Lemont, IL 60459** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Global Communication**<br>**PO Box 715248**<br>**Columbus, OH 43271** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Irwin Naturals**<br>**5310 Beethoven St.**<br>**Los Angeles, CA 90066** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **JP Morgan Chase Bank**<br>**25 East Washington St.**<br>**Suite 1000**<br>**Chicago, IL 60602** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Martin Weisenburger**<br>**8630 Wheeler Dr**<br>**Orland Park, IL 60462** |

Sheet **3** of **4** continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Cecelia N Johnson**                                                                 ,   Case No.   **09-37011**
                                               Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Michael J. Navillo & Sons**<br>**2404 S. Wolcott Ave.**<br>**Unit 26-27**<br>**Chicago, IL 60608** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Nealey Foods**<br>**900 W. Fulton St.**<br>**Chicago, IL 60607** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Supervalu Foods**<br>**11840 Valley View Road**<br>**Eden Prairie, MN 55344** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Swift Financial**<br>**PO BOX 3023**<br>**Milwaukee, WI 53201-3023** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Tree of Life**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **Washington Mutual**<br>**9900 South Second Street**<br>**Coos Bay, OR 97420** |
| **My Ranch, Inc**<br>**4650 N. Sheridan Rd.**<br>**Chicago, IL 60640** | **YPV Distribution**<br>**160 Scott St.**<br>**Elk Grove Village, IL 60007** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re **Cecelia N Johnson** Case No. **09-37011**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **General Staff** | |
| Name of Employer | **My Ranch, Inc.** | |
| How long employed | **Less then 1 year.** | |
| Address of Employer | **4650 N. Sheridan** **Chicago, IL 60640** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **2,400.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **2,400.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **N/A** |
|     b. Insurance | $ **0.00** | $ **N/A** |
|     c. Union dues | $ **0.00** | $ **N/A** |
|     d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,400.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **750.00** | $ **N/A** |
| 8. Income from real property | $ **16,750.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): **Children's Contribution** | $ **1,000.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **18,500.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **20,900.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **20,900.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Cecelia N Johnson**          Case No. **09-37011**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,892.82 |
|    a. Are real estate taxes included?     Yes **X**   No ___ | |
|    b. Is property insurance included?     Yes ___   No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 370.00 |
|              b. Water and sewer | $ 400.00 |
|              c. Telephone | $ 0.00 |
|              d. Other **Garbage** | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $ 0.00 |
|           b. Life | $ 0.00 |
|           c. Health | $ 0.00 |
|           d. Auto | $ 0.00 |
|           e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)   (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $ 0.00 |
|           b. Other | $ 0.00 |
|           c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Peterson Ave. Mortgage** | $ 3,097.66 |
|     Other **Sheridan Rd. Mortgage** | $ 13,067.84 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 19,428.32 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 20,900.00 |
| b.   Average monthly expenses from Line 18 above | $ 19,428.32 |
| c.   Monthly net income (a. minus b.) | $ 1,471.68 |