**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| CECELIA N. JOHNSON | ) | Case No.: 09-37011 |

## ORDER

This matter coming before the Court on NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC's Motion for an Order Modifying the Automatic Stay and Directing the Debtor to Provide Adequate Protection, due notice having been given and the Court being full advised in the premises, it is hereby ordered;

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC's Motion is granted in its entirety, and NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC is hereby granted relief from the automatic stay with respect to its equipment, pursuant to §362(1) and (2) of the Bankruptcy Code, and is hereby entitled to exercise its rights and remedies under applicable non-bankruptcy law.

**SO ORDERED** this ___ day of _____, 2009.

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Prepared By:

Vincent T. Borst, Esq.
BORST & COLLINS, LLC
Two Prudential Plaza
180 N. Stetson Street, Suite 3050
Chicago, Illinois 60601
(312) 819-1944 Telephone
(312) 819-1977 Facsimile
ARDC No.: 06192904

U:\KClark\National City\My Ranch, Inc\Pleadings\Bankruptcy\Order to Modify Stay - Johnson - 2136.13134.wpd