12-07-'09 07:15 FROM- T-027 P003/013 F-083

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson    CASE NO. 09-37011

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending November, 2009

BEGINNING BALANCE IN ALL ACCOUNTS    $ (1418.48)

RECEIPTS:
1. Receipts from operations    $ 15,847.66
2. Other Receipts    $ 2582.24

DISBURSEMENTS:
3. Net payroll:
   a. Officers    $ 0
   b. Others    $ 0
4. Taxes
   a. Federal Income Taxes    $ 0
   b. FICA withholdings    $ 0
   c. Employee's withholdings    $ 0
   d. Employer's FICA    $ 0
   e. Federal Unemployment Taxes    $ 0
   f. State Income Tax    $ 0
   g. State Employee withholdings    $ 0
   h. All other state taxes    $ 0
5. Necessary expenses:
   a. Rent or mortgage payments(s)    $ 16,990.48
   b. Utilities    $ 1040.00
   c. Insurance    $
   d. Merchandise bought for manufacture or sale    $ 0
   e. Other necessary expenses (specify) food expenses    $ 400.00
      credit card    $ 35.00

TOTAL DISBURSEMENTS    $ 18,465.48

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ (1,634.06)

ENDING BALANCE IN no bank    $ 0
(Name of Bank)
ENDING BALANCE IN WB bank    $ 0
(Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS    $ 0

OPERATING REPORT Page 1
EXHIBIT "B"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: Cecelia Johnson      CASE NO.: 09-37011

## RECEIPTS LISTING

FOR MONTH ENDING November, 2009

Bank: no bank

Location: _____

Account Name: _____

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| November 17, 2009 | Rent | 12,000.00 |
| November 1, 2009 | Rent | 3,097.66 |
| November 27, 2009 | Salary | 750.00 |
| November 29, 2009 | Contribution/chldn | 1000.00 |
| November 30, 2009 | Salary | 1582.24 |

TOTAL: $18,429.90

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 2

12-07-'09 07:16 FROM-

T-027  P005/013  F-083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecelia Johnson        CASE NO.: 09-37011

## DISBURSEMENT LISTING

FOR MONTH ENDING Nov., 20 09

Bank: no bank

Location: _____

Account Name: _____

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Nov. 17, 2009 | Cashiers check / My Ranch | Rent/mortgage | 12,000.00 |
| Nov. 15, 2009 | Moneyorder | Mortgage | 1892.82 |
| Nov. 1, 2009 | moneyorder | mortgage | 3,097.66 |
| Nov. 5, 2009 | cash | utilities | 1,040.00 |
| Nov. 7, 2009 | cash | credit card express | 35.00 |
| Nov. 9, 2009 | cash | misc. (food, med.) | 400.00 |

TOTAL: $18,465.48

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

12-07-'09 07:16 FROM-

T-027 P007/013 F-083

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: Cecilia Johnson  CASE NO.: 09-37011

FOR MONTH ENDING November, 20 09

### STATEMENT OF AGED RECEIVABLES

**ACCOUNTS RECEIVABLE:**

Beginning of month balance  $ 0

Add: sales on account  $

Less: collections  $

End of month balance  $

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

### STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance  $

Add: credit extended  $

Less: payments of account  $

End of month balance  $

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT**

OPERATING REPORT Page 5

12-07-'09 07:16 FROM-

T-027 P008/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecelia Johnson    CASE NO.: 09-37011

FOR MONTH ENDING Nov., 20 09

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes         Yes ( )    No (✓)
2. FICA withholdings            Yes ( )    No (✓)
3. Employee's withholdings      Yes ( )    No (✓)
4. Employer's FICA              Yes ( )    No (✓)
5. Federal Unemployment Taxes   Yes ( )    No (✓)
6. State Income Tax             Yes ( )    No (✓)
7. State Employee withholdings  Yes ( )    No (✓)
8. All other state taxes        Yes ( )    No (✓)

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

12-07-'09 07:16 FROM- T-027 P010/013 F-083

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, __Cecelia Johnson__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor in Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

__Cecelia Johnson__

DATED: __12/18/09__

OPERATING REPORT Page 8