## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | JANUARY 29, 2010 |
| Bankruptcy Case No. | 09 B 37011 | Adversary No. | |
| Title of Case | Cecelia Johnson | | |

**Brief Statement of Motion:** National City Commercial Capital Co's Motion for an Order Modifying the Automatic Stay and Directing the Debtor to Provide Adequate Protection

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

IT IS HEREBY ORDERED that

National City Commercial Capital Company's motion for an order modifying the automatic stay is denied, leases having been rejected.

Enter: _[signature]_

Jack B. Schmetterer, U.S.B.J.

## CERTIFICATE OF SERVICE

I, Deborah Smith certify that on January 29, 2010, I caused to be mailed by United States first class mail copies of the foregoing to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*

Deborah Smith, Courtroom Deputy

### Electron Service through CM/ECF System

Forest L. Ingram
Forest L. Ingram, P.C.
79 W. Monroe Se., Ste 900
Chicago, IL 60603
Counsel for the Debtors

Vicent T. Borst Esq.
BOREST & COLLINS LLC
180 N. Stetson Ave., St. 3050
Chicago, IL 60601

### First Class Mail

Cecelia Johnson
4650 N. Sheridan Road
Chicago, IL 60640