IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JOHNSON CECELIA N | § | CASE NO.09-37011 |
| | § | |
| | § | |
| DEBTOR | § | |
| BAC Home Loans Servicing, L.P. fka | § | CHAPTER11 |
| Countrywide Home Loans Servicing, L.P. | § | |
| CREDITOR | | |

NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and respectfully provides notice of a change of on-going mortgage payment as indicated below.

1. New Payment:         $ 1821.94   Effective May 01, 2010

    a. Change Reason:    Escrow Change

    b. Principal and Interest: $ 1556.64

    c. Escrow:           $ 265.3

    d. Total Payment:    $ 1821.94

2. Loan Number:         xxxxx2391

3. All future payments made on the above account should be made payable to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and sent to PO Box 650070, Dallas, TX 75265-0070.

Dated: February 23, 2010

> Respectfully submitted,
> Brice, Vander Linden & Wernick, P.C.
>
> /s/ Joe M. Lozano, Jr.
> Joe M. Lozano, Jr.
> 9441 LBJ Freeway Suite 250
> Dallas, TX 75243
> 972-643-6600
> 972-643-6698 (Telecopier)
> E-mail:notice@bkcylaw.com
> Authorized Agent for
> BAC Home Loans Servicing, L.P. fka Countrywide
> Home Loans Servicing, L.P.

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 02 2010
KENNETH S. GARDNER, CLERK
PS REP. - AI*

NOTICE OF MORTGAGE PAYMENT CHANGE                                                                1

## CERTIFICATE OF SERVICE

I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest on February 23, 2010 via the method listed below:

via pre-paid regular U.S. mail:
Debtor's Attorney
FORREST L INGRAM
79 W Monroe St Ste 900
Chicago, IL 606034914

via certified regular U.S. mail:
Debtors
JOHNSON CECELIA N
6448 S EBERHART AVE
CHICAGO, IL 60637

via certified regular U.S. mail:
Chapter 11 Trustee
WILLIAM T. NEARY
219 S. DEARBORN ST., # 873
CHICAGO, IL 606040000

/s/ Joe M. Lozano, Jr.

09-37011

Any questions or objections should be directed to and served on
at the address below:

| | |
|---|---|
| Creditor: | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |
| Contact: | Customer Service |
| Address 1: | 2380 Performance Dr. Bldg C Mail Stop: RGV-C-32 |
| Address 2: | |
| City: | Richardson |
| State: | TX |
| Zip: | 75082 |
| Telephone: | 1-800-669-5224 |
| Fax: | 972-498-5932 |
| E-mail: | bankruptcy.administration@bankofamerica.com |

NOTICE OF MORTGAGE PAYMENT CHANGE                                                          2



**Bank of America**
**Home Loans**

CECILIA N JOHNSON                                February 18, 2010
6448 S EBERHART AVE
CHICAGO        IL 60637

This statement is being furnished <u>for informational purposes only</u> and should not be construed as an attempt to collect against you personally. While in the future, your obligation to BAC Home Loans Servicing, LP may or may not be discharged by operation of law, BAC Home Loans Servicing, LP will retain the ability to enforce its rights against the property securing this loan should there be a default.

If you are presently involved in a Chapter 13 proceeding, please be advised that should this amount conflict with any order or requirement of the Court, you are required to obey all orders of the Court.

### PAYMENT CHANGE NOTIFICATION

This is to advise you that a recent escrow analysis completed on your loan has resulted in a change to your monthly payment.

**WHAT THIS MEANS**

Due to the change in your escrow payment, your current monthly payment of $ 1,892.82 has also changed. Effective 5/1/2010 your new monthly payment amount will be $1,821.94.

Below is a breakdown of the new payment calculations:

| | |
|---|---|
| New Principal & Interest Payment | $1,556.64 |
| New Escrow Payment* | $ 265.30 |
| New Monthly Payment | $1,821.94 |

* If your account is included in a Chapter 13 plan, we have credited the escrow account for the amount included in the proof of claim.

**WHAT YOU NEED TO DO**

If you have any questions, please contact our Customer Service Department at 1-800-669-5224.

Cc:    FORREST L. INGRAM, P.C.              Account #:  ****2391
       79 W MONROE STREET SUITE 900         Case #: 09-37011/IL/N
       CHICAGO IL 60603-0000                ID#: 39109-3701100216

       WILLIAM T. NEARY
       219 S. DEARBORN ST., # 873
       CHICAGO, IL 60604-0000

       FISHER & SHAPIRO
       4201 LAKE COOK RD.
       NORTHBROOK    IL 600620000

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.