**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| MY RANCH, INC. d/b/a Fresh Harvest Market, | ) Case No. 09 B 35697 <br> ) |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF NOTICE AND OTHER PAPERS</u>**

PLEASE TAKE NOTICE that the attorney set forth below hereby appears as lead counsel of record for CoActiv Capital Partners, Inc. and pursuant to Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on:

David P. Vallas
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-416-4782
Email: vallas@wildman.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtor, (b) property of the Debtor's estate, or proceeds

thereof, in which Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use.

Respectfully submitted,

COACTIV CAPITAL PARTNERS, INC.

By: _____/s/ David P. Vallas_____
          One of Its Attorneys

David P. Vallas (6273499)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 312-416-4782
Email: vallas@wildman.com