UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-37011 |
| Cecelia N. Johnson | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION FOR
PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES
INCURRED ON BEHALF OF CECELIA N. JOHNSON BY FORREST L. INGRAM, P.C.**

THIS MATTER came to be heard on the Final Application for Compensation for Professional Services and for Reimbursement of Expenses in Case No. 09-37011, being jointly administered under lead Case No. 09-35697, of Forrest L. Ingram, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. FORREST L. INGRAM, P.C. is awarded $9,341.50 of the professional compensation requested for the time period beginning July 22, 2010 and ending December 9, 2010.

2. FORREST L. INGRAM, P.C. is awarded $120.96 for reimbursement of expenses for the time period beginning July 22, 2010 and ending December 9, 2010.

3. The Debtor, Cecelia N. Johnson, is herby authorized and directed to pay $37,546.56 to FORREST L. INGRAM, P.C. for the services rendered in conjunction with representing Cecelia N. Johnson throughout the entirety of the above captioned bankruptcy case.

4. The Debtor, Cecelia N. Johnson, is herby authorized and directed to pay $253.45 to FORREST L. INGRAM, P.C. for the expenses incurred in conjunction with representing Cecelia N. Johnson throughout the entirety of the above captioned bankruptcy case.

5. Therefore, the Debtor, Cecelia N. Johnson, is herby authorized and directed to pay a total amount of $37,794.01 for services rendered and expenses incurred in conjunction with representing Cecelia N. Johnson throughout the entirety of the above captioned bankruptcy case.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 12/23/10

DEC 23 2010

**Prepared by counsel of Movant:**

Forrest L. Ingram, P.C.
Philip Groben
79 W. Monroe St., Suite 900
Chicago, IL 60603

Rev: 20101008_bko