## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
| d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: February 9, 2010 at 10:00 a.m. |

### ORDER GRANTING FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES IN CASE NO. 09-35697 OF FORREST L. INGRAM, P.C.

THIS MATTER came to be heard on the First Application for Interim Compensation for Professional Services and for Reimbursement of Expenses in Case No. 09-35697 of Forrest L. Ingram, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded $35,388.50 of the professional compensation requested for the time period beginning September 25, 2009 and ending December 31, 2009.

2. FORREST L. INGRAM, P.C. is awarded $1,108.30 for reimbursement of expenses for the time period beginning September 25, 2009 and ending December 31, 2009.

3. FORREST L. INGRAM, P.C. is authorized to apply the pre-petition fee retainer of $14,830.00 towards the amounts awarded.

4. DEBTOR My Ranch Inc. d/b/a Fresh Harvest Market is authorized and directed to pay FORREST L. INGRAM, P.C. the sum of $21,666.80 in remaining professional fees.

Dated: 3/4/10

BY THE COURT:

The Honorable Jack B. Schmetterer
U.S. Bankruptcy Judge

This Order was prepared by:
Forrest L. Ingram, P.C.